Terrell A. GEE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 393, 2016

Supreme Court of Delaware.

Submitted: August 15, 2016
Decided: August 16, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0608011014

DISMISSED.

Matthew J. JACKSON, Sr.,[1] Respondent Below–Appellant,

v.

DIVISION OF FAMILY SERVICES, Petitioner Below–Appellee.

No. 705, 2015

Supreme Court of Delaware.

Submitted: August 17, 2016
Decided: August 17, 2016

Court Below: Family Court of the State of Delaware. File Nos.: 14–04–1TK, 15–06–1TK. Petition Nos.: 14–08217, 15–15503.

AFFIRMED.

Jermaine WATSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 41, 2016

Supreme Court of Delaware.

Submitted: August 17, 2016
Decided: August 18, 2016

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 1207000397 A & B

AFFIRMED.

Leroy SMITH, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 272, 2016

Supreme Court of Delaware.

Submitted: June 30, 2016
Decided: August 18, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 80000011DI and 80000542DI

AFFIRMED.

1. The Court assigned this pseudonym under Supreme Court Rule 7(d).